# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MARY D. RORAFF, | Civil No.: 10-3385 (RHK/AJB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| BONDED COLLECTION CORPORATION, | |
| Defendant. | |

_____

Based on the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 1, 2010

                                            s/Richard H. Kyle  
                                            RICHARD H. KYLE  
                                            United States District Judge